HARRY MAGID, Respondent, *v.* BROOKLYN WOMEN'S HOSPITAL et al., Respondents; WILLIAM SAVAGE, INC., Appellant, et al., Defendants.

Submitted January 3, 1955; decided January 6, 1955.

*John F. X. Finn* and *Norman C. Mendes* for motion.

*Joseph J. Berman, Moe Levine* and *Max Shamis* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.